NUMBER
13-10-00269-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

PACIFIC EMPLOYERS
INSURANCE COMPANY,                   Appellant,

 

                                                             v.

 

JOHN T. HANNIGAN,
C.R.N.A. AND 

FRED L. PEREZ, M.D.,                                                                 Appellees.


 ____________________________________________________________

 

                           On
appeal from the 398th District Court 

                                       of
Hidalgo County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

         Before Chief Justice Valdez and Justices Rodriguez and Benavides

Memorandum Opinion
Per Curiam

            

The
appellant's brief in the above cause was due on October 29, 2010.  On November
9, 2010, the Clerk of the Court notified appellant that the brief had not been
timely filed and that the appeal was subject to dismissal for want of
prosecution under Texas Rule of Appellate Procedure 38.8(a)(1), unless within
ten days from the date of receipt of this letter, appellant reasonably explained
the failure and the appellee was not significantly injured by the appellant's
failure to timely file a brief.  To date, no response has been received from
appellant.  

Appellant
has failed to either reasonably explain his failure to file a brief, file a motion
for extension of time to file his brief, or file his brief.  Accordingly, the
appeal is DISMISSED FOR WANT OF PROSECUTION.  See Tex. R. App. P. 38.8(a), 42.3(b). 

PER CURIAM

Delivered and filed the 16th

day of December, 2010.